**DJM, LIMITED, Plaintiff–Appellant,**

v.

**ISLAND YACHTING MANAGEMENT, INC. f.k.a. Island Yachting Centre, Inc., Island Yachting Centre, LLC, Will Dittmer, Ian Jarman, Defendants–Appellees.**

No. 04–13420.

D.C. Docket No. 02–00617 CV–FTM–SPC.

United States Court of Appeals, Eleventh Circuit.

May 17, 2005.

John P. D'Ambrosio, D'Ambrosio & D'Ambrosio, P.C., John P. Pelosi, Irvington, NY, for Plaintiff–Appellant.

Andre R. Perron, Ozark & Perron, P.A., Bradenton, FL, for Defendants–Appellees.

Before TJOFLAT and KRAVITCH, Circuit Judges, and MILLS,* District Judge.

PER CURIAM.

**AFFIRMED.** *See* 11th Cir. R. 36–1.[1]

---

* Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

1.  11th Cir. R. 36–1 provides:

    When the court determines that any of the following circumstances exist:

(a) judgment of the district court is based on findings of fact that are not clearly erroneous;
(b) the evidence in support of a jury verdict is sufficient;
(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.